UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

In re:    TRACY BENNETT                 Case No.14-00858-JDG
                                                              Chapter 13
       Debtor                                Hon. JAMES D. GREGG
_____/

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE**

PLEASE TAKE NOTICE that BUTLER, BUTLER & ROWSE-OBERLE, P.L.L.C. represents LAKE TRUST CREDIT UNION in the above captioned matter. Please serve copies of all notices and pleading to the following address:

BUTLER, BUTLER & ROWSE-OBERLE, P.L.L.C.
24525 Harper Avenue
St. Clair Shores, MI 48080

BUTLER, BUTLER & ROWSE-OBERLE, P.L.L.C

/s/ KAREN L. ROWSE-OBERLE (P41893)
Attorney for Creditor
24525 Harper Ave.
St. Clair Shores, MI 48080
(586) 777-0770
krowse-oberle@butler-butler.com

Dated: March 13, 2014