UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

In Re:   Tracy L. Bennett,                                      Case #: 14-858-jdg
                                                                Chapter 13
              Debtor(s).                                        Hon.  James D. Gregg
                                                                Filed:  02/19/2014
_____//

## AMENDMENT TO CHAPTER 13 PLAN

(  )Original or (  X  )Amendment No.:  1  ( X )Pre-Confirmation (   )Post- Confirmation

The following Chapter 13 Plan paragraphs are amended as follows:

**II.   FUNDING**

   **A.   PLAN PAYMENT** The Debtor(s) shall make payments in the amount of $30.18 per (   ) week, ( X ) bi-weekly, (   ) semi-monthly, (   ) monthly, and/or (  ) Other (see "Additional Plan Payment Provisions" below) for the minimum of the Applicable Commitment period (ACP).

   (  ) **Additional Plan Payment Provisions:**

**III.   DISBURSEMENTS**

   **A.   ADMINISTRATIVE CLAIMS.**  The Debtor(s) shall pay in full, in deferred cash payments all allowed claims entitled to priority under 11 U.S.C. Section 507.

   **3**.   Attorney fees exclusive of costs and expenses:  An initial fee of $1500.00 less fees paid of $00.00, leaving a fee balance in the amount of $1,500.00 to be paid by the Trustee pursuant to the priorities set forth in paragraph IV H.4 of this Plan.

   **a.**   ( X )  Attorney fees shall be paid at the rate of $50.00 per month until paid in full pursuant to paragraph IV. H of the Plan.

   **b.**   (  )  Attorney fees shall be paid after all necessary equal monthly payments on secured continuing claims, secured claims, executory contract claims which is a modification of paragraph IV.H.

   **C.   SECURED CREDITORS**

   **4.   Collateral to Be Surrendered/Executory Contracts to be rejected:**  The below listed collateral is surrendered to the creditor or contracts to be rejected; the stay shall be terminated upon entry of the order confirming plan; any deficiency shall be treated as a general unsecured claim:

| Creditor | Collateral Description/Contract Description |
|---|---|
| Lake Trust Credit Union | 1998 Fleetwood Mobile Home |
|  |  |

1

In all other respects, the Plan as previously filed remains in full force and effect.

| | |
|---|---|
| Date:   05/01/2014 | /s/ Tracy L. Bennett |
| | Tracy L. Bennett, Debtor |
| Date:   05/01/2014 | /s/ Kimberly L. Savage |
| | Kimberly L. Savage, Counsel for the Debtor |