UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

In Re:   Tracy L. Bennett,                                     Case #: 14-858-jdg
                                                               Chapter 13
            Debtor(s).                                         Hon.  James D. Gregg
                                                               Filed:  02/19/2014

_____//

## AMENDMENT TO CHAPTER 13 PLAN

(  )Original or (  X  )Amendment No.:   1   (  )Pre-Confirmation (X)Post- Confirmation

The following Chapter 13 Plan paragraphs are amended as follows:

**III.   DISBURSEMENTS**

    **C.   SECURED CREDITORS**

        **4.   Collateral to Be Surrendered/Executory Contracts to be rejected:**  The below listed collateral is surrendered to the creditor or contracts to be rejected; the stay shall be terminated upon entry of the order confirming plan; any deficiency shall be treated as a general unsecured claim:

| Creditor | Collateral Description/Contract Description |
|---|---|
| **Lake Trust Credit Union** | **1998 Fleetwood Mobile Home** |
| **Mason Manor Mobile Home Park** | **Lot Lease for Mobile Home Lot having the address of 83 Vevay South only** |

In all other respects, the Plan as previously filed remains in full force and effect.

Date:   07/21/2014                            /s/ Tracy L. Bennett
                                              Tracy L. Bennett, Debtor

Date:   07/21/2014                            /s/ Kimberly L. Savage
                                              Kimberly L. Savage, Counsel for the Debtor

1